AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 14 - 0473 EMC - 1 |
| MARIO GONZALEZ | ) | |
| _____ | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2-4-15

MARIO GONZALEZ
_____
Defendant's signature

_____
Signature of defendant's attorney

ADAM GASNER
_____
Printed name of defendant's attorney

**FILED**

FEB 0 4 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Judge's signature

JOSEPH C. SPERO
Chief UNITED STATES MAGISTRATE JUDGE
_____
Judge's printed name and title