**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** | February 4, 2015 | **Time:** 2:48-3:02 (14 minutes) |
| | | **Court Reporter:** JoAnne Farrell |

**Case No. and Name:**   CR14-0473 EMC -1  USA v. Mario Gonzalez (custody)

**Attorneys:**   Plaintiff:   Matthew McCarthy
Defendant:   Adam Gasner
Interpreter:   Melinda Basker (Spanish)

**Deputy Clerk:**   Betty Lee

**PROCEEDINGS:**

- CHANGE OF PLEA

**ORDERED AFTER HEARING:**

- Plea agreement filed.  Defendant pled guilty to Count 1 of the Superseding Information.  Sentencing is scheduled for 2/25/15 at 2:30 p.m.  PSR is not requested.  Parties shall file sentencing memo a week before the hearing.  3/16/15 jury trial is vacated.