MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Matthew.mccarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0473 EMC |
| Plaintiff, | |
| v. | UNITED STATES' SENTENCING MEMORANDUM |
| MARIO GONZALEZ, | |
| Defendant. | |

U.S. SENTENCING MEMORANDUM

## INTRODUCTION

For the reasons set forth below, the United States respectfully requests that the Court accept the parties' Plea Agreement, and sentence the defendant to a period of time served.

## ARGUMENT

The defendant in this case was hired to unload a shipment of marijuana from a boat landed on a beach in this District. As set forth in the defendant's plea agreement:

On or about August 1, 2014, the defendant and others entered into an agreement to possess marijuana with the intent to distribute that marijuana to others. The defendant entered into this agreement knowing that at least one of its objectives was to possess marijuana with the intent to distribute it to others, and intending to further that objective. As part of this agreement, the defendant helped others to unload a large shipment of marijuana from a boat on the beach near the Ano Nuevo State Park in the Northern District of California. The defendant expected to be paid for this work. The defendant knew that the other people involved in delivering and unloading the marijuana intended to distribute it to other people after it was unloaded. (Plea Agreement, ¶ 2.)

The defendant was arrested along with several other co-conspirators. Several of the co-conspirators pleaded guilty to state charges and were sentenced to one year in county jail. Given the current sentencing practices in the California court system, they are expected to actually serve approximately six months of those sentences.

The defendant and three others were eventually charged in the above-captioned case. All four defendants have now pleaded guilty. Co-defendants Lopez and Hernandez pleaded guilty to immigration violations, and were sentenced to time-served. (See Docket ## 43, 54.) Co-defendant Vorn is awaiting sentencing. (Docket # 72.)

Like co-defendants Lopez and Hernandez, the defendant here faces immediate and certain deportation to Mexico upon his release from custody. And, like those co-defendants, the defendant has no criminal history other than his illegal entry into the United States.

U.S. SENTENCING MEMORANDUM

Therefore, given the defendant's lack of criminal history and role in the offense, and in the interests of avoiding sentencing disparity, the government respectfully requests that the Court sentence the defendant to a term of time-served, which will be approximately six months in custody.

## **CONCLUSION**

For the reasons set forth above, the government respectfully requests that the Court sentence the defendant to a period of time-served, followed by three years of supervised release.

DATED: February 19, 2015                MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        MATTHEW L. McCARTHY
                                        Assistant United States Attorney

U.S. SENTENCING MEMORANDUM